UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 06-20783-CIV-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH JOSEPH LANZON,

    Defendant.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION IN
LIMINE TO EXCLUDE POST-ARREST STATEMENTS**

THIS CAUSE comes before the Court upon the March 21, 2008 Report and Recommendation of Magistrate Judge Barry L. Garber (DE #131), recommending that Defendant's Motion in Limine to Exclude Post-Arrest Statements (DE #120) be denied. On March 25, 2008, Lanzon objected to this Report and Recommendation (DE #135).

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED that Magistrate Judge Barry L. Garber's March 21, 2008 R&R (DE # **131**) be, and the same is hereby, **AFFIRMED** and **ADOPTED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of June, 2008.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Barry L. Garber

*Attorney for Plaintiff*

**Benton Curtis**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9151
Fax: 530-7976

**Jeffrey E Tsai**
United States Attorney's Office
99 N.E. 4th Street
Suite 600
Miami, FL 33132
305-961-9311
Fax: 305-530-7976

**Scott M. Edenfield**
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9086
Fax: 536-4699

*Attorney for Defendant*

**Roy Eric Black**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300

Miami, FL 33131
305-371-6421
Fax: 358-2006

**Jacqueline Perczek**
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 358-2006